UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

SHAROD DARRELL-CURTIS WALTERS,

**INDICTMENT**

    Defendant.
_____/

The Grand Jury charges:

### COUNTS 1-3
### (Wire Fraud)

Between on or about March 27, 2021 and on or about April 21, 2021, in Berrien County, in the Southern Division of the Western District of Michigan, and elsewhere,

**SHAROD DARRELL-CURTIS WALTERS,**

having knowingly devised a scheme and artifice to defraud, and to obtain money by means of false and fraudulent pretenses and representations, caused signs, sounds, and signals to be transmitted by wire in interstate commerce for the purpose of executing the scheme.

The defendant electronically submitted a Paycheck Protection Program (PPP) loan application and supporting documents for "Sharod Walters," a fictitious catering business, which resulted in the transfer of $20,572 in loan proceeds from

Fountainhead SBF LLC ("Fountainhead") a non-bank direct lender in Florida, to an account controlled by the defendant in Michigan.

The defendant reported fictitious income and expenses to qualify for the loan, and certified that he would use the funds only for business-related purposes as authorized by PPP, when in fact, he spent the money on personal goods and services.

For the purpose of executing the scheme and artifice, the defendant knowingly and intentionally transmitted, and caused to be transmitted, by means of wire communication in interstate commerce the following writings, signs, signals, pictures, and sounds:

| COUNT | DATE | DESCRIPTION |
|---|---|---|
| 1 | March 31, 2021 | Borrower's application to SBA for PPP loan no. 1469588808. |
| 2 | April 12, 2021 | Loan agreement between defendant and Fountainhead for PPP loan no. 1469588808 |
| 3 | April 21, 2021 | Deposit of PPP loan disbursement from Fountainhead for loan no. 1469588808, in amount $20,572, to defendant's United Federal Credit Union account ending in 4334. |

18 U.S.C. § 1343

A TRUE BILL

[ /s/ Redacted ]

GRAND JURY FOREPERSON

MARK A. TOTTEN
United States Attorney

_____
NILS R. KESSLER
Assistant United States Attorney